

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In re: | * | Case No.   13-29597-TJC |
| Calvert Llewellyn Jeremy | * | Chapter    13 |
| Debtor | * | |
| * * * * * * * * | * | |
| Calvert Llewellyn Jeremy | * | |
| Plaintiff | * | |
| vs. | * | Adversary No.  14-00310 |
| JP Morgan Chase Bank Inc, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION TO DISMISS

Before the court is the motion to dismiss filed by plaintiff Calvert Llewllyn Jeremy (ECF 5), the opposition filed by defendant JP Morgan Chase Bank Inc. (ECF 7), and responses thereto. The complaint seeks to strip-down a lien on the debtor's principal residence under 11 U.S.C. §506, and defendant argues in the motion to dismiss that §1322(b)(2) prohibits the strip-down because its lien is secured only by the debtor's principal residence.  The court held a hearing on the motion to dismiss and opposition on May 18, 2015, and for the reasons set forth on the record, it is, by the United States Bankruptcy Court for the District of Maryland,

1

2

ORDERED, that the motion to dismiss (ECF 5) is granted.

cc: Debtor
Debtor's Counsel
Plaintiff
Plaintiff's Counsel
Defendants
Defendants' Counsel
U.S. Trustee

**END OF ORDER**